JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARK DE MANINCOR, | Case No. 5:19-CV-01351-JAK |
|---|---|
| Plaintiff | **ORDER RE STIPULATION OF DISMISSAL** |
| vs. | |
| CITY OF ADELANTO, an incorporated City of a governmental entity, RICHARD KERR, an individual and Mayor of the City Of Adelanto, JERMAINE WRIGHT, an Individual and councilman for the City of Adelanto, JOHN WOODARD, JR., an Individual and councilman for the City of Adelanto, and DOES 1 through 50, Inclusively, | |
| Defendants. | |

Based on a review of the parties' Stipulation of Dismissal (the "Stipulation" (Dkt. 28)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  November 16, 2020

John A. Kronstadt
United States District Judge